Kronenberger Rosenfeld
150 Post Street, Suite 520, San Francisco, CA 94108

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL PHOTO GROUP, LLC**, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**ENTERCOM COMMUNICATIONS D/B/A ALICE1059.COM**, and **DOES 1-10**, inclusive,<br><br>Defendants. | Case No. 2:12-cv-07621-JAK-MRW<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**JS-6** |

Case No. 2:12-cv-07621-JAK-MRW                    **ORDER GRANTING DISMISSAL WITH PREJUDICE**

1  Before the Court is the Stipulation for Dismissal with Prejudice
2  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
3  IT IS HEREBY ORDERED that the above-captioned action and all
4  claims therein are hereby dismissed with prejudice pursuant to Federal Rule
5  of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys'
6  fees and costs.

Dated: February 26, 2013   _____
The Hon. John A. Kronstadt
UNITED STATES DISTRICT JUDGE

Case No. 2:12-cv-07621-JAK-MRW   1   **ORDER GRANTING DISMISSAL WITH PREJUDICE**